

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00349-CV

_____

IN RE TRISTEN ROBINSON, Relator

---

Original Proceeding
Justice of the Peace, Precinct 4 of Tarrant County, Texas
Trial Court No. JP04-25-DC0027644

---

Before Wallach, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: July 25, 2025